# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1293 | **DATE** | 8/26/2010 |
| **CASE TITLE** | Simonian vs. Global Instruments, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion (23) to dismiss complaint is granted and it is so ordered. Status hearing set for 9/1/10 is vacated.

■[ For further details see text below.]      Notices mailed by Judicial staff.

## STATEMENT

Defendants' motion to dismiss is granted. As I stated recently in Simonian v Advanced Research, Inc., No. 10 C 1310 (8/13/10), under current law, plaintiff has standing to bring this action. This case differs from Advanced Research, however, because in that case the allegations were that defendant had continued marking a nationally known product of which this Court could take judicial notice with two expired patents, one of which was alleged to have expired a number of years ago. Defendant was alleged to have decades of experience applying for and prosecuting patents. Thus, I found that plaintiff sufficiently alleged intent. Plaintiff makes similar conclusory allegations with regard to intent here but without the specific facts noted above. In this case, I find that the complaint does not sufficiently state facts from which I can infer intent.

Case: 1:10-cv-01293 Document #: 33 Filed: 08/26/10 Page 1 of 1 PageID #:402

10C1293 Simonian vs. Global Instruments, et al.      Page 1 of 1